**Form 129**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Bankruptcy Case No.: 22–21322–CMB

**Pamela E. Grillo**
  Debtor(s)                               Chapter: 7

### FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

      Eric E. Bononi is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: November 9, 2022                         <u>Carlota M. Bohm</u>
                                         United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 22-21322-CMB

Pamela E. Grillo                                                                     Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Nov 09, 2022 | Form ID: 129 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

**Recip ID**          **Recipient Name and Address**
db              +  Pamela E. Grillo, 101 Kornman Road, Rochester, PA 15074-2635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
          on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Eric E. Bononi
          bankruptcy@bononilaw.com  pa69@ecfcbis.com

J. Philip Colavincenzo
          on behalf of Creditor Beaver Falls Municipal Authority colavincenzolaw@verizon.net

Kenneth Steidl
          on behalf of Debtor Pamela E. Grillo julie.steidl@steidl-steinberg.com
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

District/off: 0315-2                     User: admin                                                     Page 2 of 2

Date Rcvd: Nov 09, 2022                 Form ID: 129                                                   Total Noticed: 1

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6